# IN THE SUPREME COURT OF THE STATE OF NEVADA

DWIGHT CONRAD SOLANDER,
  Appellant,
vs.
JEREMY BEAN, WARDEN HDSP,
  Respondent.

No. 82082

**FILED**

APR 2 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.

In response to an order of this court, the Attorney General advises that appellant has been released on parole. Thus, this appeal is moot. *See Williams v. State, Dep't of Corr.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017) (providing that when considering the computation of sentence credits that would make an inmate eligible for parole, "no relief can be afforded where the offender has already expired the sentence or appeared before the parole board on the sentence" (internal citation omitted)). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1]Given this order, appellant's motion for an extension of time to file an opening brief is denied as moot.

21-11706

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 21
Dwight Conrad Solander
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA